IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GLENN J. HOPKINS, d/b/a Galaxy Innovative Technologies, on behalf of self and others so situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 05-3231 ) |
| THE STATE OF ILLINOIS, SECRETARY OF STATE OF ILLINOIS JESSE WHITE, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ESTATE OF LEROY NEFF, by Executor Nancy Hostick, and unknown others in the business of insurance, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

OPINION

RICHARD MILLS, U.S. District Judge:

In an Opinion and Order entered on March 28, 2006, the Court ALLOWED IN PART and DENIED IN PART the motions to dismiss filed by the Defendants. Pending before the Court is the Plaintiff's motion to reconsider the dismissal of Count I and Count X of his complaint. The

1

Court finds no basis to depart from its previous ruling.

Ergo, the Plaintiff's motion to reconsider [d/e 17] is DENIED.

ENTER: May 18, 2006

                FOR THE COURT:

                        s/Richard Mills
                        United States District Judge